# In the United States Court of Federal Claim

No. 09-538 C
(Filed May 10, 2010)

```
* * * * * * * * * * * * * * * * * * * *
CHRISTOPHER MEYERS,              *
KATHERINE MEYERS,                *
SARA MEYERS STARWALT, and        *
TARA MEYERS CASLEBERRY,          *
dba MEYERS RANCHES               *
                                 *
         Plaintiffs,             *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
         Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

Currently pending before the court is defendant's fully briefed Motion to Dismiss in this matter. In plaintiff's response, plaintiff requested an oral argument on the subject motion. Defendant takes no position on the necessity of oral argument. In that regard, the parties shall confer and propose to the court a mutually acceptable date for oral argument to be held on the record sometime during June 15 though 18 or 22nd, 2010. The court expects the argument to last no longer than one to two hours.

Accordingly, it is hereby **ORDERED** that the parties shall **CONFER** and **CONTACT** chambers at 202-357-6532 with their proposed date for oral argument.


/s/Lynn J. Bush
LYNN J. BUSH